Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (415) 450-0100

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 21-cv-546 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| UNIWELL HOTEL INC., | |
| Defendants. | |

Please take notice that the case has settled. The parties anticipate filing closing documents in the coming weeks.

DATED this 1st day of June, 2021.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff